# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2019
_____

NOISUFNOC, LLC,

Appellant,

v.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Adrian G. Soud, Judge.

June 21, 2019

PER CURIAM.

AFFIRMED.

WETHERELL, OSTERHAUS, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Alisa D. Wilkes of Wilkes & Mee, PLLC, Jacksonville, for Appellant.

Cynthia L. Comras, David Rosenberg, and Jarrett Cooper of Robertson, Anschutz & Schneid, P.L., Boca Raton, for Appellee.